

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-25-00432-CV

———————————————————

EULESS WRECKER SERVICE, INC., Appellant

V.

DAIMLER TRUST; APPLE REMARKETING, LLC; AND PRESTON TURNBOW,
Appellees

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-332765-22

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellant Euless Wrecker Services, Inc.'s Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: September 18, 2025